IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CASSAUNDRA L. BRYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:16-cv-00233 |
| | ) | |
| DLP TWIN COUNTY REGIONAL | ) | By: Elizabeth K. Dillon |
| HEALTHCARE, LLC, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that defendant's motion for summary judgment (Dkt. No. 27) is GRANTED IN PART and DENIED IN PART. It is GRANTED as to plaintiff's claim of discriminatory termination, and it is DENIED as to her hostile work environment claim.

The clerk is directed to provide a copy of this order and the memorandum opinion to all counsel of record.

Entered: August 14, 2017.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge